# EXHIBIT A

**RAC INVESTMENT HOLDINGS, LLC** *et al* **., Ch. 7 Case No. 23-10316**
**RAC DEALERSHIP d/b/a AMERICAN CAR CENTER**
**SCHEDULE OF TRANSFERS**

| ROAD TESTED PARTS, LLC d/b/a WEAVER AUTOMOTIVE | | |
|---|---|---|
| *Preferential Transfers:* | | |
| Payment # | Payment Date | Payment Amount |
| A011168 | 12/30/2022 | 34,605.00 |
| 124266 | 01/04/2023 | 22,560.00 |
| TOTAL | $ | 57,165.00 |